**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Molekule Group, Inc.** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-3213164** |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10455 Riverside Drive, Suite 100** <br> **Palm Beach Gardens, FL 33410** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Palm Beach** <br> County | Location of principal assets, if different from principal place of business <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.molekule.com** |

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Molekule Group, Inc.**                                                    Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.
If more than 2 cases, attach a separate list.    ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor   **Molekule Group, Inc.**
Name
Case number (*if known*)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | **Molekule, Inc.** | Relationship | **Affiliate** |
| District | **US Bankruptcy Court - Southern District of Florida** | When **10/02/23** | Case number, if known **23 - 18093** |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

▮  **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **Molekule Group, Inc.**
_____
Name                                                          Case number (*if known*) _____

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Molekule Group, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __October  3, 2023__
         MM / DD / YYYY

**X** /s/ Ryan Tyler                              Ryan Tyler
Signature of authorized representative of debtor         Printed name

Title    **Chief Financial Officer**

**18. Signature of attorney**

**X** /s/ Bradley S. Shraiberg                 Date   __October  3, 2023__
Signature of attorney for debtor                            MM / DD / YYYY

**Bradley S. Shraiberg 121622**
Printed name

**Shraiberg Page PA**
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone   **561 443 0800**      Email address   **bss@slp.law**

**121622 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name __Molekule Group, Inc.__

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■ Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __October 3, 2023__    X _____
Signature of individual signing on behalf of debtor

**Ryan Tyler**
Printed name

**Chief Financial Officer**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Molekule Group, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ALOM Technologies Corp** **ALOM - Fremont** **44660 Osgood Rd** **Fremont, CA 94539** | | | | | | $242,067.07 |
| **Amazon Advertising, LLC** P.O. Box 81207 **Seattle, WA 98108-1207** | | | | | | $149,619.69 |
| **Capgemini America, Inc** **79 Fifth Ave** **Third Floor** **New York, NY 10003** | | | | | | $428,400.00 |
| **Citrin Cooperman** **529 Fifth Ave** **New York, NY 10017** | | | | | | $255,500.00 |
| **Columbus Industries Texas, LLP** **Columbus Industries Inc** **2938 State Route 752** **P.O. Box 257** **Amanda, OH 43102** | | | | | | $822,709.37 |
| **Dandelion, Inc** **211 Yonge St** **Suite 400** **Toronto, ON M5B 1M4** | | | | | | $727,239.71 |
| **Employee Wages** | | | | | | $614,847.94 |

| Debtor | **Molekule Group, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Fenwick & West, LLP**<br>**P.O. Box 742814**<br>**Los Angeles, CA**<br>**90074-2814** | | | **Disputed** | | | **$87,049.42** |
| **Goldfarb Gross Seligman & Co.**<br>**98 Yigal Alon Street**<br>**Tel Aviv, Israel**<br>**6789141** | | | | | | **$117,153.11** |
| **Inventec Appliances Corporation**<br>**37Wugong 5th Rd,Industrial Park Wugu Di**<br>**New Taipei, 24890 Taiwan** | | | | | | **$65,520.00** |
| **Mack Molding Company, Inc**<br>**608 Warm Brook Rd**<br>**Arlington, VT 05250** | | | **Disputed** | | | **$3,529,065.34** |
| **Marbury Law Group**<br>**11800 Sunrise Valley Dr**<br>**Floor 15**<br>**Reston, VA 20191** | | | | | | **$47,149.09** |
| **Meta Platforms, Inc**<br>**Facebook, Inc**<br>**Attn: Accounts Receivable**<br>**15161 Collections Center Dr**<br>**Chicago, IL 60693** | | | | | | **$396,636.72** |
| **Mirriad, Inc**<br>**96 Great Suffolk St**<br>**London, SE1 0BE England** | | | | | | **$100,000.00** |
| **Narvar, Inc**<br>**50 Beale St**<br>**7th Floor**<br>**San Francisco, CA 94105** | | | **Disputed** | | | **$58,250.00** |
| **Oracle**<br>**500 Oracle Pkwy**<br>**Redwood City, CA 94065** | | | | | | **$92,019.05** |
| **PricewaterhouseCoopers, LLP**<br>**4040 West Boy Scout Blvd**<br>**Tampa, FL 33607** | | | | | | **$415,000.00** |

| Debtor | **Molekule Group, Inc.** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Silicon Valley Bank, a Division of First Citizens Bank and Trust 3003 Tasman Dr, HF150 Santa Clara, CA 95054** | | | | **$30,000,000.00** | **$4,064,302.18** | **$25,935,697.82** |
| **TELUS International (US) Corp TELUS Customer Payments 2251 South Decatur Las Vegas, NV 89102** | | | | | | **$91,128.72** |
| **Toppan Merrill P.O. Box 74007295 Chicago, IL 60674** | | | | | | **$126,170.00** |

# United States Bankruptcy Court
## Southern District of Florida

In re   **Molekule Group, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **See Attached Exhibit "A"**<br>**Shareholders - ComputerShare** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October  3, 2023**

Signature   **/s/ Ryan Tyler**

**Ryan Tyler**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# List of Equity Security Holders - Exhibit A

| FULLNAME | C01_CLASS_TOTAL | CR3_CLASS_TOTAL | CR4_CLASS_TOTAL | REG_ADDRESS_LINE_1 | REG_ADDRESS_LINE_2 | REG_ADDRESS_LINE_3 | REG_ADDRESS_LINE_4 | REG_ADDRESS_LINE_5 | REG_ADDRESS_LINE_6 |
|---|---|---|---|---|---|---|---|---|---|
| ROGER KUMAR REVOCABLE TRUST UTA 3/10/1973 | 3,675.00 | - | - | ROGER KUMAR REVOCABLE TRUST UTA | | 3/10/1973 P O BOX 314 | OLDSMAR FL 34677 | | |
| GRACE KUMAR LEGAL OWNER VIA NON-TRUST CUSTODIAL IRA WITH AET | 151.00 | - | - | GRACE KUMAR LEGAL OWNER VIA | NON-TRUST CUSTODIAL IRA WITH AET | 6900 WESTCLIFF DR | STE 603 | | |
| ROBBY KUMAR LEGAL OWNER VIA NON-TRUST CUSTODIAL IRA WITH AET | 151.00 | - | - | ROBBY KUMAR LEGAL OWNER VIA | NON-TRUST CUSTODIAL IRA WITH AET | 6900 WESTCLIFF DR STE 603 | LAS VEGAS NV 89145 | | |
| ROSHAN KUMAR LEGAL OWNER VIA NON-TRUST CUSTODIAL IRA WITH AET | 129.00 | - | - | ROSHAN KUMAR LEGAL OWNER VIA | NON-TRUST CUSTODIAL IRA WITH AET | 6900 WESTCLIFF DR STE 603 | LAS VEGAS NV 89145 | | |
| GAURAV AGARWAL | 4,232.00 | - | - | GAURAV AGARWAL | 1350 GOLDEN GATE AVENUE | APT 20 | SAN FRANCISCO CA 94115 | | |
| BRADLEY AUDISS | 265.00 | - | - | BRADLEY AUDISS | 8226 E DEL CADENA DR | SCOTTSDALE AZ 85258 | | | |
| BINNY BANSAL | 2,221.00 | - | - | BINNY BANSAL | 80 RAFFELS PLACE | #32-01 | UOB PLAZA 048624 | | |
| RAMYA BARATAM | 7.00 | - | - | RAMYA BARATAM | 821 FOLSOM ST APT 406 | SAN FRANCISCO CA 94107 | | | |
| ERIC BARNETT | 1.00 | - | - | ERIC BARNETT | 702 MONTE ROSA DRIVE | MENLO PARK CA 94025 | | | |
| OWEN BELL | 36.00 | - | - | OWEN BELL | 170 LAIDLEY ST | SAN FRANCISCO CA 94131 | | | |
| BETA BAYVIEW LLC | 2,153.00 | - | - | BETA BAYVIEW LLC | 2 EMBARCADERO CENTER | ST 2200 | SAN FRANCISCO CA 94111 | | |
| MATT BIAGIOLI | 1,293.00 | - | - | MATT BIAGIOLI | 1917 ROSE ST | SARASOTA FL 34239-5138 | | | |
| JUSTIN BOUTON | 52.00 | - | - | JUSTIN BOUTON | 590 LISBON STREET | SAN FRANCISCO CA 94112 | | | |
| G OWEN CADWALADER | 1,137.00 | - | - | G OWEN CADWALADER | 2736 FULTON ST | SAN FRANCISCO CA 94118 | | | |
| TERRANCE CARLSON | | 282,608.00 | - | TERRANCE CARLSON | 510 GROVELAND AVENUE #102 | MINNEAPOLIS MN 55403 | | | |
| NICK CARRILLO | 12.00 | - | - | NICK CARRILLO | 104 WASHINGTON ST APT 5 | SANTA CLARA CA 95050 | | | |
| CEDE & CO | 15,269,690.00 | - | - | CEDE & CO | 570 WASHINGTON BLVD | JERSEY CITY NJ 07310 | | | |
| ILGU CHA | 232.00 | - | - | ILGU CHA | 446 HEARST AVE | SAN FRANCISCO CA 94112 | | | |
| RICHARD CHOI | 316.00 | - | - | RICHARD CHOI | 101-2501 080071012501 MOKDONG | CENTRAL PURGIO APT 354 | OMOK-RO | YANGCHEON-GU | SEOUL 08007 |
| TYSEN COLE | 307.00 | - | - | TYSEN COLE | 5363 SE HARNEY DR | PORTLAND OR 97206-0867 | | | |
| COLOUR FULL LIMITED | 35,741.00 | - | - | COLOUR FULL LIMITED | P O BOX 957 | OFFSHORE INCORPORATION CENTRE | ROAD TOWN | TORTOLA | |
| ENRIQUE TORRES CORDERO | 7.00 | - | - | ENRIQUE TORRES CORDERO | 6909 MAKATI DR | LAKELAND FL 33810 | | | |
| TROY CROMWELL | 44,052.00 | - | - | TROY CROMWELL | 16906 FORKED LAKE DRIVE | HOUSTON TX 77044 | | | |
| PETER RIERING-CZEKALLA | 1,200.00 | - | - | PETER RIERING-CZEKALLA | 3018 CARLSEN STREET | OAKLAND CA 94602 | | | |
| GELSON DA SILVA | 56.00 | - | - | GELSON DA SILVA | 1 POLK STREET | UNIT 1904 | SAN FRANCISCO CA 94102 | | |
| DATELINE TV HOLDINGS INC | | 1,198,062.00 | - | DATELINE TV HOLDINGS INC | 1177 22ND STREET NW UNIT 6D | WASHINGTON DC 20037 | | | |
| ASHLEY DAUWALTER | 2.00 | - | - | ASHLEY DAUWALTER | 2522 S CRYSTAL LAKE DR | LAKELAND FL 33801 | | | |
| NICHOLAS DEANGELIS | | 32,286.00 | - | NICHOLAS DEANGELIS | 552 FREEDOM BLVD | COATESVILLE PA 19320 | | | |
| BRADLEY DE RAAD | 329.00 | - | - | BRADLEY DE RAAD | 777 ELM STREET UNIT C | SAN CARLOS CA 94070 | | | |
| JASON DIBONA | 115,000.00 | - | - | JASON DIBONA | C/O MOLEKULE GROUP INC | 10455 RIVERSIDE DR | PALM BCH GDNS FL 33410 | | |
| COLIN DIGNAM | 85.00 | - | - | COLIN DIGNAM | 11 ORRIN ST | CAMBRIDGE MA 02138 | | | |
| HENRY DRUKER | 434,251.00 | - | - | HENRY DRUKER | 655 PARK AVE 2D | NEW YORK NY 10065-5937 | | | |
| RUTH DUGGAN | 136.00 | - | - | RUTH DUGGAN | 67 CHULA LANE | SAN FRANCISCO CA 94114 | | | |
| ARSHKIT DULLAT | 72.00 | - | - | ARSHKIT DULLAT | 555 4TH ST UNIT 707 | SAN FRANCISCO CA 94107 | | | |
| SONIA EASAW | 20,966.00 | - | - | SONIA EASAW | 95 ROOSTER CT | SAN JOSE CA 95136 | | | |
| VICTORIA ESPINEL | 13,561.00 | - | - | VICTORIA ESPINEL | 2449 TRACY PLACE NORTHWEST | WASHINGTON DC 20008 | | | |
| F&W INVESTMENTS LP - SERIES 2016 | 453.00 | - | - | F&W INVESTMENTS LP - SERIES 2016 | SILICON VALLEY CENTER | 801 CALIFORNIA STREET | MOUNTAIN VIEW CA 94041 | | |
| F&W INVESTMENTS LP - SERIES 2018 | 550.00 | - | - | F&W INVESTMENTS LP - SERIES 2018 | SILICON VALLEY CENTER | 801 CALIFORNIA STREET | MOUNTAIN VIEW CA 94041 | | |
| CASEY FEIT | 395.00 | - | - | CASEY FEIT | 16558 FULTON STREET | SAN FRANCISCO CA 94117 | | | |
| KEVIN FENNESSEY | 516.00 | - | - | KEVIN FENNESSEY | 1127 GALVEZ DR | PACIFICA CA 94044 | | | |
| FOUNDRY GROUP NEXT L P | 7,217,710.00 | - | - | FOUNDRY GROUP NEXT L P | 1050 WALNUT STREET | SUITE 210 | ATTN CHRIS MOODY | BOULDER CO 80302 | |
| OMAHONY SUPER FUND | | 112,449.00 | - | OMAHONY SUPER FUND | 108/102 DARLEY STREET | 2103 WEST MONA VALE | NSW | | |
| BRIAN GAVIN | 4,068.00 | - | - | BRIAN GAVIN | P 0 BOX 4203 | TELLURIDE CO 81435 | | | |
| G-BAR VENTURES LLC | 100,516.00 | - | - | G-BAR VENTURES LLC | 440 SOUTH LASALLE STREET | SUITE 2950 | CHICAGO IL 60605 | | |
| MARK GORDON | 718.00 | - | - | MARK GORDON | 565 BARBARA WAY | HILLSBOROUGH CA 94010 | | | |
| D Y GOSWAMI | 40,303.00 | - | - | D Y GOSWAMI | 17952 CACHET ISLE DR | TAMPA FL 33647 | | | |
| D Y GOSWAMI & LOVELY GOSWAMI JT TEN | 2,043.00 | - | - | D Y GOSWAMI & | LOVELY GOSWAMI JT TEN | 17952 CACHET ISLE DR | TAMPA FL 33647 | | |
| DILIP GOSWAMI | 47,020.00 | - | - | DILIP GOSWAMI | 3327 BRITTAN AVENUE #8 | SAN CARLOS CA 94070 | | | |
| ROBERT EUGENE HEARD | 295.00 | - | - | ROBERT EUGENE HEARD | 3569 BROOK STREET APT B | LAFAYETTE CA 94549 | | | |
| STEPHEN HEDLUND | 268.00 | - | - | STEPHEN HEDLUND | 201 N GARLAND CT | UNIT 1607 | CHICAGO IL 60601-3719 | | |
| DAVID L HELFET | | | 759,590.00 | DAVID L HELFET | 63 EAST CENTER STREET | 3247 CARLISLE RD | MANCHESTER CT 06040 | | |
| ANDREW HESS | 56.00 | - | - | ANDREW HESS | 501 FOREST AVENUE | APT 201 | PALO ALTO CA 94301 | | |
| CYNTHIA CLARFIELD HESS | 56.00 | - | - | CYNTHIA CLARFIELD HESS | SILICON VALLEY CENTER | 801 CALIFORNIA STREET | MOUNTAIN VIEW CA 94041 | | |
| TAMMIE HOLLAR | 470.00 | - | - | TAMMIE HOLLAR | 1947 VIRGINIA ST | BERKELEY CA 94709 | | | |
| GARY HROMADKO | 3,627.00 | - | - | GARY HROMADKO | 970 CHESTNUT STREET | #8 | SAN FRANCISCO CA 94109 | | |
| TAMMY HUI | 40.00 | - | - | TAMMY HUI | 4700 TELEGRAPH AVE #410 | OAKLAND CA 94609 | | | |
| KENT HULL | 145.00 | - | - | KENT HULL | 1221 SHELL AVE | MARTINEZ CA 94553 | | | |
| DON HUYNH | 537.00 | - | - | DON HUYNH | 418 W AURORA AVE | SANTA ANA CA 92707 | | | |
| INDUS FUNDS TO MOLEKULE LLC | 3,014.00 | - | - | INDUS FUNDS TO MOLEKULE LLC | ATTN KUNAL JAIN | 2410 NORTHSIDE DR | CLEARWATER FL 33761 | | |
| INVENTEC APPLIANCES CORPORATION | 21,529.00 | - | - | INVENTEC APPLIANCES CORPORATION | ATTN WEIWEN CHEN | 37 WUGONG 5TH ROAD | NEW TAIPEI INDUSTRIAL PARK | WUGU DISTRICT | NEW TAIPEI CITY 24890 |
| JB MOL LLC | 107,939.00 | - | - | JB MOL LLC | 11123 11TH AVENUE NW | ORONOCO MN 55960 | | | |
| KAD LIMITED PATNERSHIP | | | 10,000.00 | KAD LIMITED PATNERSHIP | 314 S STATE ST | DOVER DE 19901 | | | |
| AMIN C KHOURY TR UA 04/21/1998 AMIN C KHOURY REVOCABLE TRUST | 10,828.00 | - | - | AMIN C KHOURY TR | UA 04/21/1998 | AMIN C KHOURY REVOCABLE TRUST | 10455 RIVERSIDE DR | STE 210 | PALM BCH GDNS FL 33410 |
| AMIN J KHOURY | | 4,088,137.00 | - | AMIN J KHOURY | 149 SOUTH BEACH ROAD | ONE LIBERTY PLAZA | HOBE SOUND FL 33455 | | |
| DAVID N KHOURY TR UA 08/07/2007 DAVID N KHORY REVOCABLE TR | 10,828.00 | - | - | DAVID N KHOURY TR | UA 08/07/2007 | DAVID N KHORY REVOCABLE TRUST | 10455 RIVERSIE DR | STE 210 | PALM BCH GDNS FL 33410 |
| MICHAEL KIMIECIK | 107.00 | - | - | MICHAEL KIMIECIK | 3795 CESAR CHAVEZ | SAN FRANCISCO CA 94110-4316 | | | |
| MARK KROSNEY | | 256,728.00 | - | MARK KROSNEY | 9900 OCEAN BLVD | ISLANDIA BUILDING 1 | APARTMENT 603 | WEST PALM BCH FL 33409 | |
| BINA KUMAR | 1,300.00 | - | - | BINA KUMAR | P O BOX 314 | OLDSMAR FL 34677 | | | |
| QUINN LIEM | 191.00 | - | - | QUINN LIEM | 319 ALTA LOMA DR | S SAN FRAN CA 94080 | | | |
| AMY LIU | 85.00 | - | - | AMY LIU | 305 WILD ROSE WAY | MILPITAS CA 95035-3862 | | | |
| KEVIN LOVE | 215.00 | - | - | KEVIN LOVE | C/O MOLEKULE INC | 1301 FOLSOM STREET | SAN FRANCISCO CA 94103 | | |
| MARION INVESTMENTS UNLIMITED COMPANY | 940.00 | - | - | MARION INVESTMENTS UNLIMITED | COMPANY | C/O CODE ADVISORS LLC | 101 SECOND STREET SUITE 2200 | SAN FRANCISCO CA 94105 | |
| SERGEY MAXIMOFF | 81.00 | - | - | SERGEY MAXIMOFF | 25 RIVER DR S | APT 2807 | JERSEY CITY NJ 07310 | | |
| MICHAEL D MCCAFFREY TR UA 11/01/2021 2012 MCCAFFREY FAMILY TRUST | | 186,509.00 | - | MICHAEL D MCCAFFREY TR | UA 11/01/2021 | 2012 MCCAFFREY FAMILY TRUST | 4821 S FLAGLER DRIVE | WEST PALM BCH FL 33405 | |
| PATRICIA M MCCAFFREY TR UA 11/01/2012 KERRY J MCCAFFREY FAMILY TRUST | | 186,508.00 | - | PATRICIA M MCCAFFREY TR | UA 11/01/2012 | KERRY J MCCAFFREY FAMILY TRUST | 4821 S FLAGLER DRIVE | WEST PALM BCH FL 33405 | |
| RYAN MCDOWELL | 168.00 | - | - | RYAN MCDOWELL | 12030 DONNER PASS ROAD STE 533-1 | TRUCKEE CA 96161 | | | |
| MOLEKOOL MD LLC | 16,342.00 | - | - | MOLEKOOL MD LLC | 17936 CACHET ISLE DR | TAMPA FL 33647 | | | |
| MOTI KUMAR LEGAL OWNER VIA NON-TRUST CUSTODIAL IRA WITH AET & 6900 WESTCLIFF DR | 646.00 | - | - | MOTI KUMAR LEGAL OWNER VIA | NON-TRUST CUSTODIAL IRA WITH AET & | 6900 WESTCLIFF DR STE 603 | LAS VEGAS NV 89145 | ATTN MOTI KUMAR | 2327 PASEO DE CIMA |
| JOHN OMAHONY | | 176,530.00 | - | JOHN OMAHONY | 108/102 DARLEY STREET | 2103 WEST MONA VALE | NSW | | |
| ORONOCO INVESTMENTS LLC | 8,158.00 | - | - | ORONOCO INVESTMENTS LLC | 11123 11TH AVENUE NW | ORONOCO MN 55960 | | | |
| RPS SIDECAR FUND I L P | 546,154.00 | - | - | RPS SIDECAR FUND I L P | 524 HAMILTON AVENUE | ATTN SAMANTHA WANG | PALO ALTO CA 94301 | | |
| RPS VENTURES I L P | 509,865.00 | - | - | RPS VENTURES I L P | 524 HAMILTON AVENUE | ATTN SAMANTHA WANG | PALO ALTO CA 94301 | | |
| SOFTTECH VC IV L P | 1,044,584.00 | - | - | SOFTTECH VC IV L P | 4 PALO ALTO SQUARE | FLOOR 2 | PALO ALTO CA 94306 | | |
| RYAN PATCH | | 43,670.00 | - | RYAN PATCH | 2172 QUEEN PALM ROAD | BOCA RATON FL 33432 | | | |
| VIJAY AND TEJAL PATEL | 1,294.00 | - | - | VIJAY AND TEJAL PATEL | 17936 CACHET ISLAND DRIVE | TAMPA FL 33647 | | | |
| LEWIS C PELL | | 1,569,060.00 | - | LEWIS C PELL | 400 S E 5TH AVENUE | UNIT 1004N | BOCA RATON FL 33432 | | |
| TIFFANY PHAM | 148.00 | - | - | TIFFANY PHAM | 4076 17TH ST APT A | SAN FRANCISCO CA 94114 | | | |
| ROOZBEH PIRZADEH | 192.00 | - | - | ROOZBEH PIRZADEH | 2043 WASHINGTON AVE | REDWOOD CITY CA 94061 | | | |
| LUIS DEMETRIO GARCIA RAMOS | 1.00 | - | - | LUIS DEMETRIO GARCIA RAMOS | 63 EAGLE LANDING BLVD | WINTER HAVEN FL 33880 | | | |
| NIKHIL RAO | 4,340.00 | - | - | NIKHIL RAO | 11 CORNELL AVE | LARKSPUR CA 94939 | | | |
| ERIC RIES | 5,566.00 | - | - | ERIC RIES | 952 ASHBURY STREET | SAN FRANCISCO CA 94117 | | | |
| ED ROMAN | 192.00 | - | - | ED ROMAN | 333 1ST ST #180 7N | SAN FRANCISCO CA 94105 | | | |
| NELSON ROSA | 17.00 | - | - | NELSON ROSA | 243 VISTA GRANDE AVE | DALY CITY CA 94014 | | | |
| DAVID ROWE | 470.00 | - | - | DAVID ROWE | 5008 CRYSTAL RIDGE CT | OAKLAND CA 94605-3873 | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DAVID SANABRIA | 1,612.00 | - | - | DAVID SANABRIA | 4305 FOREST HILLS DR | LAKELAND FL 33813 | | | |
| JUAN JOSE SANCHEZ | 409.00 | - | - | JUAN JOSE SANCHEZ | CONDOMINIO LAS | CASA 18 SANJOPOSESITO | SAN RAFAEL HEREDIA 40502 | | |
| JUSTIN SANDERS | 68.00 | - | - | JUSTIN SANDERS | 228 25TH AVE | SAN FRANCISCO CA 94121 | | | |
| EDWARD SCAL | 6,119.00 | - | - | EDWARD SCAL | 2969 LAKE ST | SAN FRANCISCO CA 94121 | | | |
| JOSHUA SCHACHTER | 406.00 | - | - | JOSHUA SCHACHTER | 60 E PORTOLA AVENUE | LOS ALTOS CA 94022 | | | |
| SCHOX INVESTMENTS LLC | 453.00 | - | - | SCHOX INVESTMENTS LLC | 500 3RD STREET SUITE 215 | SAN FRANCISCO CA 94110 | | | |
| PAUL SCOTT | 27.00 | - | - | PAUL SCOTT | 28025 BARN WAY | CARMEL CA 93923 | | | |
| MICHAEL F SENFT | - | - | 37,862.00 | MICHAEL F SENFT | 107 LIBRARY PLACE | PRINCETON NJ 08540 | | | |
| YELIZAVETA SHANKS | 3.00 | - | - | YELIZAVETA SHANKS | 5343 MAUI WAY | FAIR OAKS CA 95628 | | | |
| VARUNESH SHARMA | 885.00 | - | - | VARUNESH SHARMA | 5715 LAKE HEIGHTS CIRCLE | JOHNS CREEK GA 30022 | | | |
| SATYA SHAW | 1,035.00 | - | - | SATYA SHAW | 19402 JACOBS RIVER RUN | LUTZ FL 33559 | | | |
| SILICON VALLEY BANK | 7,082.00 | - | - | SILICON VALLEY BANK | 80 E RIO SALADO PKWY SUITE 101 | TEMPE AZ 85281 | | | |
| RODERICK SMALL | 6.00 | - | - | RODERICK SMALL | 2868 BARTON PLACE | BARTOW FL 33830 | | | |
| SOFTTECH VC PLUS LP | 298,142.00 | - | - | SOFTTECH VC PLUS LP | 4 PALO ALTO SQUARE | FLOOR 2 | PALO ALTO CA 94306 | | |
| MARC SOKOL | 2,020.00 | - | - | MARC SOKOL | 100 HARBOR DRIVE | PALM HARBOR FL 34683 | | | |
| SOURCENEXT CORPORATION | 43,059.00 | - | - | SOURCENEXT CORPORATION | ATTN: KOHEI YAMAMOTO | MANAGEMENT PLANNING DEPARTMENT | 1-5-2 HIGASHI SHIMBASHI MINATO-KU | TOKYO | |
| JOHN STALLARD | 94.00 | - | - | JOHN STALLARD | 1476 17TH AVE | SAN FRANCISCO CA 94122 | | | |
| MICHAEL SUK | - | 94,439.00 | - | MICHAEL SUK | 1059 LIMESTONEVILLE ROAD | MILTON PA 17847 | | | |
| JOSEPH SYNNOTT | 5.00 | - | - | JOSEPH SYNNOTT | 19 GRANGE ROAD | GLENHAVEN | NEW SOUTH WALES 2156 | | |
| RAHMY TAWFIK | 102.00 | - | - | RAHMY TAWFIK | 3101 BOWLES CIRCLE | HOLLY SPRINGS NC 27540 | | | |
| RAO TELLA | - | 288,671.00 | - | RAO TELLA | 16900 STONEHAVEN DRIVE | VLG LOCH LOYD MO 64012 | | | |
| DENISE THAYER TR UA 04/04/2018 JULIE E KHOURY REVOCABLE TRUST | - | 84,620.00 | - | DENISE THAYER TR | UA 04/04/2018 | JULIE E KHOURY REVOCABLE TRUST | 9937 SE SANDPINE LANE | HOBE SOUND FL 33455 | |
| KATE THORP | 672.00 | - | - | KATE THORP | 6 MERIDIAN LANE | SAN RAFAEL CA 94901 | | | |
| CHRIS THORPE | 44,052.00 | - | - | CHRIS THORPE | 331 GREENS EDGE DR | CHESAPEAKE VA 23322-8079 | | | |
| SOHAM TIKEKAR | 273.00 | - | - | SOHAM TIKEKAR | 2835 BREWSTER AVE | REDWOOD CITY CA 94062-2830 | | | |
| SCOTT TOOMBS | 68.00 | - | - | SCOTT TOOMBS | 379 2ND AVE | DALY CITY CA 94014 | | | |
| TRINITY CAPITAL INC | 2,361.00 | - | - | TRINITY CAPITAL INC | 1 N 1ST STREET | FLOOR 3 | PHOENIX AZ 85004 | | |
| CHANDRESH S SARAIYA AS TRUSTEE OF THE CHANDRESH S SARAIYA REVOCABLE TRUST | 5,075.00 | - | - | CHANDRESH S SARAIYA AS TRUSTEE OF | THE CHANDRESH S SARAIYA REVOCABLE | TRUST | 18608 AVENUE MONACO | LUTZ FL 33558 | |
| RYAN TYLER | 60,000.00 | - | - | RYAN TYLER | C/O MOLEKULE GROUP INC | 10455 RIVERSIDE DR | PALM BCH GDNS FL 33410 | | |
| UNCORK PLUS II LP | 360,098.00 | - | - | UNCORK PLUS II LP | C/O UNCORK CAPITAL | 500 2ND STREET | 3RD FLOOR | SAN FRANCISCO CA 94107 | |
| UNIVERSITY OF SOUTH FLORIDA RESEARCH FOUNDATION INCORPORATED | 104,614.00 | - | - | UNIVERSITY OF SOUTH FLORIDA | RESEARCH FOUNDATION INCORPORATED | 3802 SPECTRUM BOULEVARD | SUITE 100 | ATTN ALLISON MADDEN | TAMPA FL 33612 |
| REGINALD I VACHON | 203.00 | - | - | REGINALD I VACHON | 1414 EPPING FOREST | BROOKHAVEN GA 30319 | | | |
| RYAN VINYARD | 1,343.00 | - | - | RYAN VINYARD | 14A BELVEDERE ST | SAN FRANCISCO CA 94117 | | | |
| VSC CONSULTING SERVICES INC | 181.00 | - | - | VSC CONSULTING SERVICES INC | 76 SECOND STREET | SAN FRANCISCO CA 94105 | | | |
| PHILIP WALKER | 1,154.00 | - | - | PHILIP WALKER | 3684 MISTY LN | APTOS CA 95003-2727 | | | |
| BRYAN WILLIAMS | 15.00 | - | - | BRYAN WILLIAMS | 6 CORTA DE NUBES | SAN CLEMENTE CA 92673 | | | |
| MARGARET WILLIAMS | 108.00 | - | - | MARGARET WILLIAMS | C/O MOLEKULE INC | 1301 FOLSOM STREET | SAN FRANCISCO CA 94103 | | |
| JENNY WONG | 134.00 | - | - | JENNY WONG | 321 2ND AVE | SAN FRANCISCO CA 94118 | | | |
| MICHAEL WONG | 134.00 | - | - | MICHAEL WONG | 3126 COLLEGE AVE APT L | BERKELEY CA 94705 | | | |
| | 26,608,510.00 | 4,512,140.00 | 4,895,589.00 | | | | | | |

## United States Bankruptcy Court
### Southern District of Florida

In re  **Molekule Group, Inc.**

                                Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **October  3, 2023**

**/s/ Ryan Tyler**

**Ryan Tyler/Chief Financial Officer**
Signer/Title

140 Partners, LP
c/o Darin T. Judd, Esq.
Thompson Welch Soroko & Gilbert, LLP
3950 Civic Center Dr, Suite 300
San Rafael, CA 94903

2231192 Ontario Inc.
99 Alcorn Dr
Lindsay ON K9V0M8

3CG DimeTyd, LLC
16192 Coastal Hwy
Lewes, DE 19958

4000 North Combee Road, LLC
41 Lake Morton Drive
Lakeland, FL 33801

8x8, Inc
2125 O'nel Dr
San Jose, CA 95131

Acevedo, Christian
1501 Shepherd Rd
Apt # 55
Lakeland, FL 33811

ADO Professional Solutions
LHH Recruitment
4800 Deerwood Campus Pkwy
Building 800
Jacksonville, FL 32246

Afterpay US, Inc.
Afterpay US Services, LLC
Attn: Legal
760 Market St, Floor 2 Unit 2.03
San Francisco, CA 94102

Airgas USA, LLC
6601 East 14th Ave
Tampa, FL 33619-2913

Alarm Center, Inc.
PO Box 6281
Lakeland, FL 33807

ALOM Technologies Corp
ALOM - Fremont
44660 Osgood Rd
Fremont, CA 94539


Alrich, Inc.
130 Erick Street
Crystal Lake, IL 60014


Alsova, Irina
57 4th St
Apt. 3
Ashland, OR 97520


Amazon Advertising Canada, Inc
120 Bremner Blvd
26th Floor
Toronto, ON M5J 0A8


Amazon Advertising, LLC
P.O. Box 81207
Seattle, WA 98108-1207


American Express Merchant Marketing
Attn: Department 87
PO Box 299051
Fort Lauderdale, FL 33329


ARE Labs, Inc.
15320 S. Cornice Street
Olathe, KS 66062


Arevalo, Barbara M.
4870 St. James Ct
Winter Haven, FL 33881


Arroyo Process Equipment, Inc
1550 Centennial Blvd
Bartow, FL 33830


Association of Home Appliance Manufactur
1111 19th St NW
Suite 402
Washington, DC 20036

Attanayake, Supun
14612 North 43rd St
Apt 39
Tampa, FL 33613


Atterman, Melanie R.
8921 Alana Cove
Cordova, TN 38016


Auprey, Shannon M.
108 Locustberry Ln
101
Jupiter, FL 33458


Aura Smart Air, Inc
1007 Orange St
10th Floor
Wilmington, DE 19801


Avalara
PO Box 3213
Carol Stream, IL 60132-3213


Avalara Inc.
255 S. King St #1800
Seattle, WA 98104


AVASK Accounting
2570 North First Street, Suite 500
San Jose, CA 95131


Azhar M. Zuberi
13510 Sagewood Drive
Poway, CA 92064


Baker & Hostetler, LLP
Key Tower
127 Public Sq
Suite 2000
Cleveland, OH 44114-1214


Barkley, Austin D.
211 Southeast 52nd Ct
Ocala, FL 34471

Based on a Budget, LLC
1000 Lake Street, Unit D
Venice, CA 90291


Bay Alarm Co.
Suite #102 Peninsula Branch
510 Myrtle Avenue South
South San Francisco, CA 94080


Beisel, Rachel L.
3339 West Kiowa St
Colorado Springs, CO 80904


Bennett, Lara E.
P.O. Box #867
Morongo Valley, CA 92256


Benton, Brad M.
309 Washington St
2402
Conshohocken, PA 19428


Bianco, Frank
6718 Aberdale Cir
San Ramon, CA 94582


Blair Greenwood Consulting LLC
Attn.: Blair Greenwood
1215 Saint John Place
Fort Collins, CO 80525


Blair Greenwood Consulting, LLC
1215 Saint John Pl
Fort Collins, CO 80525


Bobby Whitson
125 Temple Crest Trail
Franklin, TN 37069


Boryszewski-Peters, Anna E.
837 Bayou View Dr
Brandon, FL 33510

BPM, LLP
600 California St
Suite 600
San Francisco, CA 94108


Brandography.com, LLC
1910 East Medicine Lake Blvd
Plymouth, MN 55441


Brian T. Jackson
120 Bremner Blvd, 26th Floor
Toronto ON M5J 0A8


Bruggeman, Rory E.
1976 South 1700 E
Salt Lake City, UT 84108


C Clean, Inc.
214 Frida Kahlo Way
San Francisco, CA 94112


CA Distributing LLC
35 Rod and Gun Club Road
Forestburgh, NY 12777


California Dept of Revenue
PO Box 942879
Sacramento, CA 94279


Canteen Refreshment Services
d/b/a A Div of Canteen
P.O. Box 50196
Los Angeles, CA 90074-0196


Capgemini America Inc.
79 Fifth Ave, 3rd FL
New York, NY 10003


Capgemini America, Inc
79 Fifth Ave
Third Floor
New York, NY 10003

Catherine Poslusny
3112 Cristo Ct
Norman, OK 73071


Chambers, Erin M.
19521 West 59th Ave
Golden, CO 80403


Chidambaram, Subramanian
477 West San Juan Ct
Mountain House, CA 95391


Chris Thorpe
8300 N. View Blvd
Norfolk, VA 23518


Christian Haslett
393 Hamilton St, H1
Costa Mesa, CA 92627


Churn Buster, LLC
237 A St #74803
San Diego, CA 92101


Cigna Health and Life Insurance Company
900 Cottage Grove Road
Bloomfield, CT 06002


Cintas Document Management
P.O. Box 633842
Cincinnati, OH 45263-0921


Citrin Cooperman
529 Fifth Ave
New York, NY 10017


Ciulla, Shannon K.
3464 Diamond Terr
Mulberry, FL 33860


Client Partner Mgmt Group LLC
1111 19th Street NW, Suite 402
Washington, DC 20036

Cointepoix, Robert T.
330 South F St
Lake Worth, FL 33460


Columbus Industries Texas, LLP
Columbus Industries Inc
2938 State Route 752
P.O. Box 257
Amanda, OH 43102


Commerce Technologies, LLC
d/b/a CommerceHub
800 Troy-Schenectady Rd
Suite 100
Latham, NY 12110


Comprise
1919 14th St
Suite 700
Boulder, CO 80302


Comprise
1919 14th St. #700
Boulder, CO 80302


Computershare, Inc
Dept CH 19228
Palatine, IL 60055-9228


Cook, Crystal M.
6908 Culver Ave
Fort Worth, TX 76116


Cooper, Rob Y.
7901 Margate Way
Lakeland, FL 33809


Creare, LLC
2570 North First Street, Suite 500
San Jose, CA 95131


Criteo Corp
387 Park Ave S
12th Floor
New York, NY 10016

```
Cromwell, Troy
16906 Forked Lake Dr
Houston, TX 77044


Dandelion, Inc
211 Yonge St
Suite 400
Toronto, ON M5B 1M4


Dauwalter, Ashley
2522 South Crystal Lake Dr
Lakeland, FL 33801


Davis, Josh A.
4202 Havenstone Way
Valrico, FL 33596


De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087


DeBoard, Tanner J.
330 Crescent Village Cir
Unit 2416
San Jose, CA 95134


Deel
425 1st Street
San Francisco, CA 94105-4621


DelGaldo, Jim M.
13 Norwich Pl.
Somerset, NJ 08873


Dell
1 Dell Way
Round Rock, TX 78664


Dhau, Jaspreet S.
15258 Anguilla Isle Ave
Tampa, FL 33647


DHL Express
16416 Northchase Dr
Houston, TX 77060
```

DiBona, Jason
1402 Dakota Dr
Jupiter, FL 33458


DigiKey Electronics
701 Brooks Ave S
Thief River Falls, MN 56701


Dimass Group B.V.
Laak, Grote Laak 17
6088 NJ Roggel
Netherlands


Dynamic Logistix, LLC
7220 West 98th Terr
Overland Park, KS 66212


Ehrbar, Gene M.
1940 Southeast Bidwell St
Portland, OR 97202


Elise Skiver
3086 W. Denver Pl
Denver, CO 80211


EMA Design Automation
PO Box 50196
Charlotte, NC 28217


Employee Wages


Epic Strategies LLC
1370 E Primrose St, Suite A
Springfield, MO 65804


FAB
1265 Sand Hill Road
Candler, NC 28715


Fabbro, Ali F.
65 Granada Ct
Portola Valley, CA 94028

Fans-Tech
P.O. Box 11904
Mulberry, FL 33860


FedEx
P.O. Box 7221
Pasadena, CA 91109-7321


Fenwick & West, LLP
P.O. Box 742814
Los Angeles, CA 90074-2814


Figma
1321 Upland Dr. PMB 19236
Houston, TX 77043


Fintland, Brian R.
1210 Pacific Ave
Alameda, CA 94501


Fisher Scientific Co, LLC
Acct#060778-001
300 Industry Dr
Pittsburgh, PA 15275


Flexport
760 Market St
8th Floor
San Francisco, CA 94102


Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668


Freas, Jasmine J.
6914 Minaxi Dr
Lakeland, FL 33810


Freightquote.com, Inc
P.O. Box 9121
Minneapolis, MN 55480


Gajula, Veena Badaje
11594 Fenwick Ct
Dublin, CA 94568

gandi.net
121 2nd St
5th Floor
San Francisco, CA 94105


Garcia Ramos, Demetrio D.
563  Eagle Landing Blvd
Winter Haven, FL 33880


Gardens Bio Science Partners, LLC
525 Okeechobee Blvd, Suite 1650
West Palm Beach, FL 33401


Gatty, Christopher A.
147 Pine Dr
Fairfax, CA 94930


Global Industrial
11 Harbor Park Dr
Port Washington, NY 11050


Goldfarb Gross Seligman & Co.
98 Yigal Alon Street
Tel Aviv, Israel 6789141


Gonzalez-Laboy , Orlando
1348 Fairway Dr
Lakeland, FL 33801


Grainger
100 Grainger Pkwy
Lake Forest, IL 60045-5201


Graywolf Sensing Solutions, LLC
6 Research Dr
Shelton, CT 06484


GRIN Technologies, Inc.
2820 S. English Station Road
Louisville, KY 40299


Haldane C. King
7849 Lynch Road
Sebastopol, CA 95472

Hallwachs, Alec N.
9652 South Brown Rd
Fenwick, MI 48834


Hammond, Hayden
275 Murcia Dr
Apt 203
Jupiter, FL 33458


Hammond, William A.
456 Amethyst Ave
Auburndale, FL 33823


Handy Spark Co, LLC
Robert Ayers
1312 Sugar Pine Rd
Apopka, FL 32703


Harkey, Jody D.
2034 Windward Pass
Lakeland, FL 33813


Harris, Moore M.
100 New Place Rd
HIllsborough, CA 94010


Hartford
2705 S. Lake Park Rd Suite 103
Appleton, WI 54915


Holland & Knight, LLP
560 Mission Street, Ste 1900
San Francisco, CA 94105


Hollister, David R.
2726 Bush
San Francisco, CA 94115


Homestead Studio, LLC
PO Box 14970
Greenville, SC 29610

Homestead Studio, LLC
Riley Trotter
2705 Lake Park Rd #103
Appleton, WI 54915


HongKong  MirDan Technology co. Ltd
PO Box 50196
Charlotte, NC 28217


Houzz Media Company
285 Hamilton Ave, 4th FL
Palo Alto, CA 94301


Houzz, Inc
285 Hamilton Ave
4th Floor
Palo Alto, CA 94301


Howard, Kareem L.
5350 Bridge St
# 5408
Tampa, FL 33611


HP Holdings, Inc
d/b/a Invariant
901 7th St NW
Suite 600
Washington, DC 20001


Hunter Holthaus
4320 48th St
San Diego, CA 92115


Hyman, Phelps & McNamara,  PC
700 Thirteenth St NW
Suite 1200
Washington, DC 20005


Illuminate Social
214 Frida Kahlo Way
San Francisco, CA 94112


Independent Machine Works
2810 Parkway St
Lakeland, FL 33811

InkHouse, LLC
260 Charles St
Suite 200
Waltham, MA 02453


Innovative Bioanalysis
3188 Airway Ave
Unit D
Costa Mesa, CA 92626


Insight Global Finance DBA LEAF
PO Box 5066
Hartford, CT 06102-5066


Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202


Intertek Testing Services NA, Inc
P.O. Box 405176
Atlanta, GA 30384-5176


Intrado Digital Media, LLC
c/o Intrado Corp
P.O. Box 74007143
Chicago, IL 60674-7143


Inventec Appliances Corporation
37Wugong 5th Rd,Industrial Park Wugu Di
New Taipei, 24890 Taiwan


Inventec Appliances Corporation
No.37, Wugong 5th Road
Wugu District, New Taipei City
Taiwan 24890


Ironclad, Inc.
71 Stevenson St #600
San Francisco, CA 94105


Iterable
71 Stevenson St, #300
San Francisco, CA 94105

```
JACS Solutions, Inc.
1763 Main St. Apt 120-E
Dunedin, FL 34698


James R Whitson
3019 Wilshire Blvd, Suite 206
Santa Monica, CA 90403


Jamie Sutor
P.O Box 14970
Greenville, SC 29610


Jasmeet Singh
#2199/12, Street No.2
Islamabad, Amritsar


Jason DiBona
1402 Dakota Dr
Jupiter, FL 33458


Jaylon King
4058 Cornell Blvd SW
Atlanta, GA 30331


Jeffer Mangels Butler & Mitchell, LLP
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067


Jiang, Xunge
3534 Vanet Rd
Chamblee, GA 30341


Jimmy Thompson
18660 SE River Ridge Rd
Jupiter, FL 33469


Joe Campos
25 Redondo St
San Francisco, CA 94124


Joe Lesters
25819 Ross St
Plainfield, IL 60585
```

John Detzauer
c/o Joshua B. Swigart, Esq.
2221 Camino Del Rio S, Suite 308
San Diego, CA 92108


Joseph Synnott
56 Greenbank Drive
Glenhaven NSW 2156
Australia


Jun, Jane W.
4122 Raleigh St
Denver, CO 80212


K Of Course LLC
2711 18th st., Apt 9
San Francisco, CA 94110


K of Course, LLC
c.o Shanna Polesovsky
3175 Wright St
Wheat Ridge, CO 80215


Kargo Global Inc.
826 Broadway, 4th FL
New York, NY 10003


Kargo Global, LLC
826 Broadway
5th Floor
New York, NY 10003


Katherine Elizabeth Ouimette
445 Cole St. #3
San Francisco, CA 94117


KB Commercial Services, LLC
d/b/a Office Pride of Lakeland
401 West Belvedere St
Lakeland, FL 33803


KBA Document Solutions, LLC
P.O. Box 3687
Hayward, CA 94540-3687

Kelly Jo Grandy
1432 South Gary Place
Tulsa, OK 74104


Kelly M. Leonardson
23592 Windsong #29J
Aliso Viejo, CA 92656


Kelly, Jenn M.
15184 81st Terrace N
Palm Beach Gardens, FL 33418


Kelsey Johnson
4130 Wycliff Ave, #104
Dallas, TX 75219


Kershner, Jay T.
144 Occidental Ave
Burlingame, CA 94010


King, Kristian S.
2013 Sancerre Ln
Carrollton, TX 75007


Kinloch, Tim A.
4994 Black Falcon Way
Sun Valley, NV 89433


KlientBoost Performance, LLC
Van Nelleweg 1 3044
BC Rotterdam


KlientBoost, LLC
2787 Bristol St
Costa Mesa, CA 92626


Knight Agency, Inc.
P.O. Box 405176
Atlanta, GA 30384-5176


Knights of Security
2418 Auto Park Way
Escondido, CA 92029

Koclanes, Saiya Z.
5565 East Yale Ave
Apt 4
Denver, CO 80222

Korth, Katie E.
315 South Pope St
Apt 6
Athens, GA 30605

Kosulin, Igor V.
1367 Oslo Ln
San Jose, CA 95118

Largo, Gerson A.
20702 Grove Park Pl
Hayward, CA 94541

Larrabee Albi Coker, LLP
P.O. Box 919016
San Diego, CA 92191-9016

Lauren McCaully Patch
P.O. Box 405176
Atlanta, GA 30384-5176

Law Office of Stacy J. Grossman
500 Mamaroneck Ave
Suite 320
Harrison, NY 10528

Lesters, Joseph
25819 Ross St
Plainfield, IL 60585

Levi, Ronen
120 Peaceable Hill Rd
Brewster, NY 10509

Li, Elizabeth Y.
9 Ben Lomond
Hercules, CA 94547

Life Trucks, Inc.
Toyota/Nationwide Lift Trucks, Inc.
3900 N. 28th Terrace
Hollywood, FL 33020-1105


Lindsey Solden Reiser DBA LMSR LLC
6073 Horseshoe Bend Road
Ludlow Falls, OH 45339


Linkator Group, LLC
2570 North First Street Suite 500
San Jose, CA 95131


Linkedin
601 Lexington Ave  31st Floor
New York, NY 10022


Lirik, Inc
1525 McCarthy Blvd
Suite 228
Milpitas, CA 95035


Lite on Singapore PTE Ltd
1020 Crews Rd., Suite K
Matthews, NC 28105


Lite-On Technology Corp
90, Chien 1 Road
Chung Ho New Taipei City


LMS Technologies, Inc
P.O. Box 24185
Edina, MN 55424-0185


Lob
210 King St
San Francisco, CA 94107


Loctek Inc. (Flexispot)
6475 Las Positas Rd
Livermore, CA 94551

Lojistic, LLC
1225 Deer Valley Dr
Suite 201
Park City, UT 84060


Lombardo, Betty G.
1491 Crooked Stick Loop
Lakeland, FL 33801


Longs Peak Digital, LLC
21 Garner Ln
Erie, CO 80516


Louie, Kai A.
206 Johnce Rd
Newark, DE 19711


Luis Lopez
PO Box 677973
Dallas, TX 75267-7973


Lumanlan, Khyle
2025 Yankee Ct
San Leandro, CA 94579


Lunya
1032 Broadway
Santa Monica, CA 90401


Mack Molding Company, Inc
608 Warm Brook Rd
Arlington, VT 05250


Macy's Marketplace, LLC
145 Progress Pl
Cincinnati, OH 45246-1717


Manz AG
Steig ckerstrasse 5
72768 Reutlingen
Germany

Marbury Law Group
11800 Sunrise Valley Dr
Floor 15
Reston, VA 20191


Marks, John A.
3732 Mott Rd
Dover, FL 33527


Martinez, Flor E.
2917 Wheeler St
Bartow, FL 33830


Mary Frances Pierson Brizz
P.O. Box 405176
Atlanta, GA 30384-5176


Materials, Inc.
4244 South Market Court Suite D
Sacramento, CA 95834


Mathew, George
150 Sabine St
413
Houston, TX 77007


Mattio Communications
4515 Waldo Ave
Bronx, NY 10471


McGarrity, Elizabeth A.
12 Calle La Espalda
San Clemente, CA 92673


McMaster Carr Supply
600 North County Line Rd
Elmhurst, IL 60126


MDT Agency
461 Bush St
Suite 350
San Francisco, CA 94108

Mediant Communications Inc.
PO Box 677973
Dallas, TX 75267-7973


MERR Consulting Group
6708 Lipscomb Dr
Wilmington, NC 28412


Meta Platforms, Inc
Facebook, Inc
Attn: Accounts Receivable
15161 Collections Center Dr
Chicago, IL 60693


MethodSense Inc.
Russ King
One Copley Parkway Ste 410
Morrisville, NC 27560


Milavsky, Sonia
2815 Sunbury Dr
Jupiter, FL 33458


Mirriad, Inc
96 Great Suffolk St
London, SE1 0BE
England


MisterBit Ltd
4 HaBonim St
Ramat Gan, Israel


MNTN Digital, Inc
823 Congress Ave
#182
Austin, TX 78768


Mohapatra, Jeotikanta
19419 Via Del Mar
207
Tampa, FL 33647


MoP/Modern
24700 Center Ridge Road Suite 280
Westlake, OH 44145

Muir Sustainability Solutions, LLC
78 Harbor Rd
Oyster Bay, NY 11771


Muro-Small, Maria L.
4020 Prima Lago Cir
Lakeland, FL 33810


Murodshoev, Timur
2 Kingwood Rd
Oakland, CA 94619


Narayana Rao, Nagaraj
37923 Bright Common
Fremont, CA 94536


Narvar, Inc
50 Beale St
7th Floor
San Francisco, CA 94105


Nasdaq, Inc
Nasdaq Corporate Solutions, LLC
151 West 42nd St


Navarrete, Edgar W.
8 Stowa Way
Daly City, CA 94014


Near Future, LLC
2954 Treat Blvd
Suite F
Concord, CA 94518


Neighborhood Goods, Inc
1321 Upland Dr
PMB 19236
Houston, TX 77043


New Vision Display, Inc
1430 Blue Oaks Blvd
Suite 100
Roseville, CA 95747-5156

NexGen IOT Solutions, LLC
450 Century Pkwy
Suite #250
Allen, TX 75013


Nicholas DeAngelis
552 Freedom Blvd
West Brandywine, PA 19320


Nicolay, Matthew W.
625 Clearfield Dr
Millbrae, CA 94030


Nicole M. Fiore
215 Marlberry Circle
Jupiter, FL 33458


Nookncranny, LLC dba Nook Tiny Homes
22111 Hwy 71 West, Suite 801
Spicewood, TX 78669


Nova Module
7901 Oakport St #4250
Oakland, CA 94621


Nunez, Jose E.
5028 Elon crescent
Lakeland, FL 33810


Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


Oracle
500 Oracle Pkwy
Redwood City, CA 94065


Oracle America, Inc
2300 Oracle Way
Austin, TX 78741

```
Ossentjuk & Botti
2815 Townsgate Rd
Suite 320
Westlake Village, CA 91361


Ouraring Inc.
c/o WeWork
415 Mission St, 37th Floor
San Francisco, CA 94105


Packform USA LLC
3802 Spectrum Blvd, Suite # 143
Tampa, FL 33612


Palacio, Henry A.
381 Almansa St
Davenport, FL 33837


Paramount Financial Communications, Inc.
1001 Conshohocken State Rd, #600
West Conshohocken, PA 19428


Patch, Ryan M.
2172 Queen Palm Rd
Boca Raton, FL 33432


Patel, Margi B.
1918 Garden Bing Cir
San Jose, CA 95131


Pathens, Inc. DBA Office Solutions
735 Coleman Ave
San Jose, CA 95110


Paylocity
1400 American Ln
Schaumburg, IL 60173


Peck, Tabitha S.
9777 Osceola St
Westminster, CO 80031


Pepperjam, LLC
2125 Delaware Ave, Ste E
Santa Cruz, CA 95060
```

Persistent Systems Limited
Bhageerath, 402, Senapati Bapat Road
Maharashtra State, Pune  411016
India


Photon Interactive Services, Inc.
12300 Ford Road, Ste #B270
Dallas, TX 75234


Plan Management Corp
78 Harbor Road
Oyster Bay, NY 11771


PowerReviews
1 North Dearborn
Suite 800
Chicago, IL 60602


PricewaterhouseCoopers, LLP
4040 West Boy Scout Blvd
Tampa, FL 33607


PrideBites
Danielle Lotz
3616 Far West Blvd
Suite 117-356
Austin, TX 78731


Prime Group
16192 Coastal Hwy
Lewes, DE 19958


PTTOW! LLC
21 Alton Rd
Miami Beach, FL 33140


Puljan, Meredith M.
1645 West Huron St
Apt 3F
Chicago, IL 60622


Quintana, Brian R.
15290 West 50th Dr
Golden, CO 80403

Ravacan
1600 East Franklin Avenue Suite D
El Segundo, CA 90245


Raymond Cromwell
9407 Super Street
Waldorf, MD 20603


Raymond Handling Consultants, LC
P.O. Box 865491
Orlando, FL 32886


Raymond Leasing Corporation
Corporate Headquarters
PO Box 130
Greene, NY 13778


Raymond Leasing Corporation
Attn: Accounts Receivable
PO Box 130
Greene, NY 13778


Recharge Inc.
1507 20 St.
Santa Monica, CA 90404


Recycling Services of Florida
3560 126th Ave North
Clearwater, FL 33762


Republic Services of Florida
8595 Pelam Road, Suite 400 #318
Greenville, SC 29615


Rickert, Darin S.
2950 North Sheridan Rd
804
Chicago, IL 60657


Ritankar Pal
225 Down Path
Southampton, NY 11968

Riveron Consulting, LLC
2515 McKinney Ave
Suite 1200
Dallas, TX 75201


RK Strategies, LLC
1405 Baychester Ave


Ryan Patch, ESQ
2172 Queen Palm Rd
Boca Raton, FL 33432


Ryan Tyler
1711 West Community Dr
Jupiter, FL 33458


Saba Faruqui
c/o Rudy, Exelrod, Zieff & Lowe, LLP
351 California Street, Ste 700
San Francisco, CA 94104


Safety Products, Inc
3517 Craftsman Blvd
Lakeland, FL 33803


Salesforce, Inc.
Salesforce Tower
415 Mission St, 3rd FL
San Francisco, CA 94105


Salesforce.com, Inc
415 Mission St
3rd Floor
San Francisco, CA 94105


Salman Abdallah Mohamed Hassan Saifedeen
Dept CH 19228
Palatine, IL 60055-9228


Samantha Hermann
16018 Ames Ave
Omaha, NE 68111

San Diego Model Management Inc.
760 Market Street, Floor 10
San Francisco, CA 94102


Sanabria, David F.
4305 Forest Hills Dr
Lakeland, FL 33813


Savaram, Shashwathi Rao
2700 East Grand Reserve Cir
Apt 1034
Clearwater, FL 33759


SCHOX, PLC
500 3rd St
Suite 215
San Francisco, CA 94107


Schraner, Danielle M.
2811 California St
14
San Francisco, CA 94115


Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131


Sensrion
3251 W 135th St
Hawthorne, CA 90250


Sering, Glenn C.
1650 Highland Blvd
Bartow, FL 33830


Shanks, Yelizaveta B.
5343 Maui Way
Fair Oaks, CA 95628


Shivan Bassaw
c/o Ian Piasecki, Esq.
Mizrahi Kroub, LLP
225 Broadway, FL 39
New York, NY 10007

Shopify Inc.
151 O'Connor St, Ground Floor
Ottawa, ON K2P2L8


Shred Connect
760 E Lambert, Unit B
La Habra, CA 90631


Sigma-Aldrich, Inc
3050 Spruce St
Saint Louis, MO 63103


Silicon Valley Bank, a Division of
First Citizens Bank and Trust
3003 Tasman Dr, HF150
Santa Clara, CA 95054


Singh, Avtar
10310 Venitia Real Ave
203
Tampa, FL 33647


Sisco, Joshua S.
4215 Southeast Yamhill St
Portland, OR 97215


Sjoberg, Shea B.
P.O. Box 3575
Idyllwild, CA 92549


Small, Roderick L.
2868 Barton Pl
Bartow, FL 33830


ST Micro
2 Radcliff Road
Tewksbury, MA 01876


Staples Contract & Commercial, LLC
d/b/a Staples Business Advantage
P.O. Box 105748
Atlanta, GA 30348-5748

Steve Elster
8595 Pelam Road, Suite 400 #318
Greenville, SC 29615


Steve O. Small
4020 Prima Lago Cir
Lakeland, FL 33810


Steven Cervantes
500 Lynbrook Drive
Pacifica, CA 94044


Stufflebeam, Adam H.
888 Biscayne Blvd
Miami, FL 33132


Supermetrics Inc.
1175 Peachtree St NE
Atlanta, GA 30361


Synergy North America, Inc
11001 West 120th Ave
Suite 400,
Broomfield, CO 80021


Talend, Inc.
7220 W 98th Terrace
Overland Park, KS 66212


Talend, Inc.
800 Bridge Pkwy #200
Redwood City, CA 94065


Tamonan Wendell
Rm 15AA-2, No. 528
Wensin South 3rd Road, Nantun District
Taichung City 40855 - Taiwan


Tampa Bay Technology Incubator
Attn: Director, Business Incubation
3802 Spectrum Blvd, Suite 100
Tampa, FL 33612

Taylor, Brett A.
245 Indian Peaks Dr
Erie, CO 80516


TBC Supply
732 Joseph E Lowery Blvd. NW
Atlanta, GA 30318


Tealium, Inc
9605 Scranton Rd
Suite 600
San Diego, CA 92121


Tella, Rao R.
16900 Stonehaven Dr
Village of Loch Lloyd, MO 64012


TELUS International (US) Corp
TELUS Customer Payments
2251 South Decatur
Las Vegas, NV 89102


Thammaiah, Namitha K.
1001 Tahiti Ln
Alameda, CA 94502


The Bluebird Group, LLC
81 South 9th St
Suite 420
Minneapolis, MN 55402


The Dog Agency, LLC
135 Madison Ave
5th Floor
New York, NY 10016


The EMC Shop
Dept CH 19228
Palatine, IL 60055-9228


The Flip Hubb, LLC
1265 Sand Hill Rd
Candler, NC 28715

The Pooch Coach
7220 W 98th Terrace
Overland Park, KS 66212


The Quality Edit, LLC
113 North San Vicente Blvd
Suite 236
Beverly Hills, CA 90211


The Ruthvens
41 Lake Morton Drive
PO Box 2420
Lakeland, FL 33806-2420


The Univerity of South Florida
Board of Trustees
4202 East Fowler Ave
Tampa, FL 33620


The Yocca Law Firm, LLP
18881 Von Karman Ave
Suite 1620
Irvine, CA 92612


Theodore Sage Davis
102 N Glassell St
Orange, CA 92866


Thermo Fisher Scientific Chemicals Inc.
9605 Scranton Rd Ste 600
San Diego, CA 92121


ThinkLite
117 West Central St
Suite 201
Natick, MA 01760


Thompson, Jimmy
18660 Southeast River Ridge Rd
Tequesta, FL 33469


Thorncrest Coastal, LLC
1310 Rosecrans St
Suite C
San Diego, CA 92106

Thorpe, Christopher
331 Greens Edge Dr
Chesapeake, VA 23322


TikTok, Inc
5800 Bristol Pkwy
Suite 100
Culver City, CA 90230


Timothy L. Buys
1524 1st Ave #503
Oakland, CA 94606


Toney, Regina J.
5026 Long Lake Cir
Apt 303
Lakeland, FL 33805


Toppan Merrill
P.O. Box 74007295
Chicago, IL 60674


Toyoplas
117 W Central Street, Suite 201
Natick, MA 01760


Trinity Capital Inc.
3075 West Ray Road, Suite 525
Chandler, AZ 85226


Trinity Capital, Inc.
3075 West Ray Road
Chandler, AZ 85226


Troy Cromwell
12823 Ilderton Drive
Humble, TX 77346


Truckenbrod, Lukas R.
172 46th St
Pittsburgh, PA 15201


Tyler, Ryan
1711 West Community Dr
Jupiter, FL 33458

UCPS
18881 Von Karman Ave, Suite 1620/650
Irvine, CA 92612


UL, LLC
75 Remittance Dr
Suite #1524
Chicago, IL 60675-1524


Uline
P.O. Box 88741
Chicago, IL 60680-1741


Unified Accounting & Tax, LLP
1308 Wisteria Dr
Fremont, CA 94539


United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001


University of South Florida
Research Foundation
445 Cole Street # 3
San Francisco, CA 94117


Valdez, Chris P.
615 West 6th Ave
Fort Morgan, CO 80701


Vallarta, Annabelle L.
2831 Blossom Ct
El Monte, CA 91733


Valuecart Private Limited
1075 Curtis Street
Menlo Park, CA 94025


Vanessa N. Graham
19993 Questhaven Rd
Escondido, CA 92029

VanScoy, Shari A.
313 Sparrow Ave
Sebring, FL 33870


Velasco, Hans
146 La Verne Ave
Long Beach, CA 90803


Well Shin
14118 Pemberley Passage Ave
Bakersfield, CA 93311


White, Claire A.
1219 Knob Hill Blvd
Georgetown, IN 47122


Wickramaratne, Chatura
5100 Burchette Rd
Unit 606
Tampa, FL 33647


Williams, Jeremiah H.
8032 Sugar Pine Blvd
Lakeland, FL 33810


Wrike, Inc.
P.O. Box 660916
Dallas, TX 75266-0916


Wursta Corporation
2614 South 5th St
Allentown, PA 18103


Yellow Logistics
P.O. Box 775556
Chicago, IL 60677-5556


Young, Lydia
10381 Farmland Dr
Frisco, TX 75035


Younus, Kamran
6 Hallmark Gardens
Apt 1
Burlington, MA 01803

Zendesk, Inc
1019 Market St
San Francisco, CA 94103


Zoom Video Communications Inc.
55 Almaden Blvd, 6th FL
San Jose, CA 95113