UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

MOLEKULE GROUP, INC.,                                        Case No. 23-18094-EPK
(Jointly Administered)

MOLEKULE, INC.                                               Case No. 23-18093-EPK

                                                                                       Chapter 11

        Debtor.
_____/

**<u>OBJECTION TO CLAIM NO. 28-1 FILED BY AURA SMART AIR, LTD.</u>**

**IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM**

      This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  **PLEASE READ THIS OBJECTION CAREFULLY TO IDENTIFY WHICH CLAIM IS OBJECTED TO AND WHAT DISPOSITION OF YOUR CLAIM IS RECOMMENDED**.

      If you disagree with the objection or the recommended treatment, you must file a written response **WITHIN 30 DAYS** from the date of service stated in this objection, explaining why your claim should be allowed as presently filed or scheduled, and you must serve a copy to the undersigned attorney **OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION**.

      If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

      Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court:

      Flagler Waterview Building
      1515 North Flagler Drive, Suite 801
      West Palm Beach, Florida 33401

      Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Debtors object to the following claims filed or scheduled in this case.  The basis for this objection and the Debtors' recommended disposition of the claim(s) are more specifically set forth below:

| Claimants of the Debtor | | | |
|---|---|---|---|
| **Claim No.** | **Name of Claimant** | **Claim Amount** | **Basis for Objection and Recommended Disposition** |
| 28-1[1] | Aura Smart Air, Ltd.<br>Tripp Scott, P.A.<br>c/o Jerry Tamayo<br>110 N.E. 6th St., Ste. 1500<br>Fort Lauderdale, FL 33301 | $12,838,977.00 | Claim No. 28-1 (the "Claim"), filed by Aura Smart Air, Ltd. ("ASA Ltd.") in Case No. 21-18094-EPK, is predicated on various contracts discussed below.  Capitalized terms shall have the meanings ascribed to them in the addendum to the Claim unless otherwise defined herein.<br><br>First, ASA Ltd. alleges that Molekule Group, Inc. (the "Debtor") breached the Merger Agreement by refusing to close, resulting in some $11.2 million in damages.  However, Article VII of the Merger Agreement sets forth various conditions to closing that never occurred.  Moreover, ASA Ltd. breached the Merger Agreement.  Without limitation: ASA Ltd. lacked the consent of its lender; for the merger; ASA Ltd. was failing to pay vendors and otherwise not operating in the ordinary course of business (and indeed publicly advertised this fact); and ASA Ltd. filed for bankruptcy in Israel in or around August 2023.  Many of these breaches are undisputed and were disclosed by ASA Ltd. to its shareholders.  These actions were so outside of the ordinary course that the breaches under the Merger Agreement were uncurable.  The Debtor was permitted to terminate the Merger Agreement unilaterally upon written notice, and did so.<br><br>Second, ASA Ltd. alleges breaches under the TCA because it "fully performed" certain technology |

---

[1]     Claim No. 28-1 was filed in Case No. 23-18094-EPK.

{2471/001/00571591}

services and is entitled to $485,643. That statement is untrue. The Debtor fully paid for services under the TCA through August 2023 and made a partial payment for September 2023. However, ASA Ltd. again filed for bankruptcy in or around August 2023, and did not perform any services under the TCA since that date. Accordingly, ASA Ltd. has not fully performed under the TCA and is not entitled to any sums thereunder.

Third, ASA Ltd. alleges that it is owed $800,000 under the Co-Distribution Agreement for goods that were never purchased. However: (a) the Debtor fully paid for all purchases under the Co-Distribution Agreement, and (b) ASA Ltd.'s products failed to work after its vendors, including internet cloud storage providers, suspended services. The goods of ASA Ltd. became essentially valueless after that occurrence. Accordingly, no amounts are owing under the Co-Distribution Agreement by the Debtor.

Fourth, ASA Ltd. alleges that it is owed $353,354 under the Merger Agreement for training services. However: (a) the Debtor paid for all such services that were actually performed, and (b) the Debtor terminated the Merger Agreement due to incurable breaches by ASA Ltd. Accordingly, no amounts are owing under the Merger Agreement by the Debtor.

In addition to the foregoing arguments, the Debtor alleges that any amounts actually deemed owing

| | | | |
|---|---|---|---|
| | | | to ASA Ltd. are subject to setoff and/or recoupment.<br><br>In light of the foregoing the Claim should be stricken and disallowed in its entirety. |

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on December 14, 2023.

        Respectfully Submitted,

        **SHRAIBERG PAGE, P.A.**
        Attorneys for the Debtors
        2385 NW Executive Center Drive, #300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        Facsimile: 561-998-0047
        Email: bshraiberg@slp.law
        Email: pdorsey@slp.law

        By: /s/ Bradley Shraiberg
          Bradley S. Shraiberg, Esq.
          Florida Bar. No. 121622
          Patrick Dorsey, Esq.
          Florida Bar. No. 008584

{2471/001/00571591}