



**ORDERED in the Southern District of Florida on January 25, 2024.**

**Erik P. Kimball
Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

MOLEKULE GROUP, INC.,                            Case No. 23-18094-EPK
                                                 (Jointly Administered)

MOLEKULE, INC.                                   Case No. 23-18093-EPK

    Debtors.                                 Chapter 11
_____/

### ORDER DETERMINING RE-SOLICITATION NOT REQUIRED

This matter came before the Court for hearing on January 3, 18, 19, and 22, 2024 upon the *Expedited Motion for Order Determining the Modified Plan Does Not Require Re-Solicitation* [ECF No. 319] (the "Motion) filed by Molekule Group, Inc. and Molekule, Inc (the "Debtors").

For the reasons stated on the record, and with the Court being fully advised in the premises, it is ORDERED and ADJUDGED:

    1.    The Motion [ECF No. 319] is GRANTED.

2. The Modified Plan [ECF No. 317] does not require re-solicitation.

# # #

Submitted by:

Eric S. Pendergraft, Esq.
**SHRAIBERG PAGE P.A.**
Attorneys for the Debtors
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email:  ependergraft@slp.law

*Eric S. Pendergraft, Esq. shall serve a copy of this order upon all interested parties and file a certificate of service with the Court.*