UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

MOLEKULE GROUP, INC.　　　　　　　　　　　Case No. 23-18094-EPK
　　　　　　　　　　　　　　　　　　　　　　　(Consolidated)
　　　Debtors.　　　　　　　　　　　　　　　Chapter 11
_____/

## NOTICE OF THE EFFECTIVE DATE

**PLEASE TAKE NOTICE** that the Effective Date of the *Debtors' Modified Amended Joint Plan of Reorganization* [ECF No. 317] (the "Plan") occurred on February 20, 2024.

## NOTICE OF SUBSTANTIVE CONSOLIDATION AND SUBSTANTIAL CONSUMMATION

**PLEASE TAKE NOTICE** that the estate of Molekule, Inc., Case No. 23-18093-EPK was substantively consolidated into the estate of Molekule Group, Inc., Case No. 23-18094-EPK on February 20, 2024. Please take further notice that the Plan was substantially consummated on February 20, 2024.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on this the 23rd day of February 2024.

　　　　　　　　　　　　　　　　　　　　　**SHRAIBERG PAGE P.A.**
　　　　　　　　　　　　　　　　　　　　　Attorneys for Debtor
　　　　　　　　　　　　　　　　　　　　　2385 NW Executive Center Drive, #300
　　　　　　　　　　　　　　　　　　　　　Boca Raton, Florida 33431
　　　　　　　　　　　　　　　　　　　　　Telephone: 561-443-0800
　　　　　　　　　　　　　　　　　　　　　Facsimile: 561-998-0047
　　　　　　　　　　　　　　　　　　　　　Email: bss@slp.law

　　　　　　　　　　　　　　　　　　　　　By:  */s/ Bradley S. Shraiberg*
　　　　　　　　　　　　　　　　　　　　　　　　Bradley S. Shraiberg
　　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 121622