

**ORDERED in the Southern District of Florida on March 1, 2024.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

| | |
|---|---|
| MOLEKULE GROUP, INC. and | Case No. 23–18094–EPK |
| MOLEKULE, INC., | Case No. 23–18093–EPK |
| | |
| | Chapter 11 |
| Debtors. | (Jointly Administered) |
| _____/ | |

**ORDER GRANTING IN PART MOTION FOR SANCTIONS
AND SCHEDULING CONTINUED HEARING**

This matter came before the Court for hearing on February 28, 2024, upon the *Motion for Sanctions Against Aura Smart Air, Ltd. or, in the Alternative, to Compel Discovery Responses* (the "Motion") filed by Molekule Group, Inc. ("Molekule").  ECF No. 413.  The Motion requests that the Court sanction Aura Smart Air, Ltd. under Fed R. Civ. P. 37 for not responding to the set of document requests attached thereto

as Exhibit "A" (the "Discovery").  The Court having reviewed the Motion, having heard the statements of counsel and being otherwise advised, and for the reasons stated on the record, which are incorporated by reference, it is

**ORDERED** and **ADJUDGED**:

1. The Motion [ECF No. 413] is **GRANTED IN PART** as follows.

2. Aura Smart Air, Ltd. is **DIRECTED** to serve the following on Molekule on or before March 8, 2024, at 4:00 P.M. Eastern Standard Time: (a) a formal written response to the Discovery, which response shall comply with Federal Rule of Civil Procedure 34, and be prepared by and served through an attorney of record in this bankruptcy case, and (b) all documents and electronically stored information that are responsive to the Discovery.  With the exception of the attorney-client privilege, all objections and claims of privilege regarding the Discovery are deemed waived.

3. The Court shall strictly interpret both the time and date of the deadline that is set forth in the preceding paragraph.

4. Pursuant to Fed. R. Civ. P. 37(d)(3) Aura Smart Air, Ltd. is **DIRECTED** to pay Molekule, on or before March 12, 2024, Two Thousand Dollars and 00/100 Cents ($2,000.00) in attorneys' fees and costs caused by its failure to respond to the Discovery.  The Court does not find that the failure was substantially justified or that other circumstances make an award of expenses unjust.

5. The Court shall hold a continued hearing on the Motion on March 13, 2024, at 1:30 P.M., at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach,

Florida 33401.  Parties may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E

If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561- 514-4143. All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.  This includes appropriate courtroom attire for those participants appearing in person or by video.


[Remainder of Page Intentionally Left Blank]

6. The Court will consider further sanctions at the continued hearing in the event Aura Smart Air, Ltd. does not timely comply with the requirements of this Order, and expressly reserves jurisdiction to award any and all sanctions permitted under Fed. R. Civ. P. 37. The sanctions to be considered by the Court include, but are not limited to (a) striking the Aura Smart Air, Ltd. response to the objection to its claim [ECF No. 354] with prejudice, and (b) sustaining the objection filed by Molekule to the claim [ECF No. 295].

###

Submitted by:

Patrick Dorsey, Esq.
**SHRAIBERG PAGE P.A.**
Attorneys for the Debtors
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email:  pdorsey@slp.law

*Patrick Dorsey, Esq. shall serve a copy of this order upon all interested parties and file a certificate of service with the Court.*