UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re:<br><br>MOLEKULE, INC.<br><br>   Debtor. | Chapter 11 Case<br>(Jointly Administered)<br><br>Case No. 23-18094-EPK<br>Case No. 23-18093-EPK |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Veronica M. Rabinowitz, Esq. of Sanchez Fischer Levine, LLP hereby enters an appearance as counsel on behalf of Creditor, Aura Smart Air, Ltd., and requests that copies of all future pleadings and papers be served upon the undersigned.

Dated: April 1, 2024

Respectfully submitted,

**SANCHEZ FISCHER LEVINE, LLP**
1200 Brickell Avenue, Suite 750
Miami, Florida 33131
Tel: (305) 925-9947

By: */s/ Veronica M. Rabinowitz*
Veronica M. Rabinowitz, Esq.
Florida Bar No.: 99618
Email: vrabinowitz@sfl-law.com
Secondary: eservice@sfl-law.com
*Counsel for Aura Smart Air, Ltd.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 1, 2024, I electronically filed the forgoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via electronic transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Veronica M. Rabinowitz*
Veronica M. Rabinowitz, Esq.