

**ORDERED in the Southern District of Florida on April 3, 2024.**

*[signature]*

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

MKUL, INC. (f/k/a Molekule Group, Inc.)          Case No. 23-18094-EPK
                                                 (Consolidated)
Debtors.                                         Chapter 11
_____/

### ORDER SUSTAINING THIRD OMNIBUS OBJECTION TO CLAIMS

THIS MATTER came before the Court upon the *Third Omnibus Objection to Claims* [ECF No. 417] (the "Objection") filed by MKUL, Inc., formerly known as Molekule Group, Inc. (the "Reorganized Debtor").

With no response having been filed to the Objection, and with the Court having considered the Objection and being fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1. The Objection [ECF No. 417] is SUSTAINED.

2. The holders of the following claims filed in the case of Molekule, Inc., Case No. 23-18093-EPK, shall receive no recovery from the estate of the Reorganized Debtor:

    a. Revive Technologies, LLC, Claim No. 11-1;

    b. Kabirul Mohammad Islan, Claim No. 19-1; and

    c. Agampodi Lakmali De Zoysa, Claim No. 25-1.

# # #

Submitted by:

Eric Pendergraft, Esq.
**SHRAIBERG PAGE P.A.**
Attorneys for the Debtors
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: ependergraft@slp.law

*Eric Pendergraft, Esq. shall serve a copy of this order upon all interested parties and file a certificate of service with the Court.*