

**ORDERED in the Southern District of Florida on April 3, 2024.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

MKUL, INC. (f/k/a Molekule Group, Inc.)        Case No. 23-18094-EPK
                                                (Consolidated)
    Debtors.                                    Chapter 11
_____/

### ORDER SUSTAINING SIXTH OBJECTION TO CLAIM

THIS MATTER came before the Court upon the *Sixth Objection to Claim* [ECF No. 420] (the "Objection") filed by MKUL, Inc., formerly known as Molekule Group, Inc. (the "Reorganized Debtor").

With no response having been filed to the Objection, and with the Court having considered the Objection and being fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1. The Objection [ECF No. 420] is SUSTAINED.

2. Claim No. 3-1 filed by Jeffer Mangels Butler & Mitchell LLP in the case of Molekule Group, Inc., Case No. 23-18094-EPK is DISALLOWED.

3. Claim No. 4-1 filed by Jeffer Mangels Butler & Mitchell LLP in the case of Molekule, Inc., Case No. 23-18093-EPK in the amount of $40,208.68 shall be allowed as a general unsecured claim in such amount.

### #

Submitted by:

Eric Pendergraft, Esq.
**SHRAIBERG PAGE P.A.**
Attorneys for the Debtors
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: ependergraft@slp.law

*Eric Pendergraft, Esq. shall serve a copy of this order upon all interested parties and file a certificate of service with the Court.*